01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: MIROSLAWA ZDANOWICZ           )  Chapter 13
                                     )  Bankruptcy Case No.
                                     )
                                     )
       Debtor(s)                     )

**DECLARATION REGARDING ELECTRONIC FILING**
**PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

     I (We), __MIROSLAWA ZDANOW__ and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

     ☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.


MIROSLAWA ZDANOWICZ
Printed or Typed Name of Debtor or Representative         Printed or Typed Name of Joint Debtor


X /s/ Miroslawa Zdanowicz
Signature of Debtor or Representative                     Signature of Joint Debtor


_____
Date                                                      Date