**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 14-23191 |
|    Miroslawa Zdanowicz | ) | Chapter 13 |
|                       Debtor(s). | ) | Judge Pamela S. Hollis |

## Notice of Motion

The following parties have been served electronically:
- U.S. Trustee
- Chapter 13 Trustee

The following parties have been served via USPS first class mail, proper postage prepaid:
- PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101
- Miroslawa Zdanowicz, 10712 Diversey Ave, Melrose Park, IL 60164

The following parties have been served via **certified** USPS first class mail, proper postage prepaid:
- PNC Bank, National Association, Attn: William S. Demchak, President & CEO, 222 Delaware Avenue, Wilmington, DE 19899

Please take notice that I shall appear before the named Bankruptcy Judge, or any other Judge presiding, at 219 S. Dearborn, Chicago, IL 60602, or other place posted, and present the attached **Motion to Determine Value of Lien**, at which time and place you may appear:

| Judge: | Pamela S. Hollis | Courtroom: | 644 |
|---|---|---|---|
| Date: | 9/17/2014 | Time: | 10:30am |

                                                        /s/      Nicholas C. Kefalos
                                                Nicholas C. Kefalos, ARDC 6270051
                                                      Attorney for the Debtor(s)

## Certificate of Service

The undersigned certifies that copies of this Notice and attachments were served to the persons or entities indicated above, in the manner indicated, if service by mail, by depositing same in the U.S. Mail at 5270 W. Belmont, Chicago, IL 60630, before 5:00pm on August 29, 2014, with proper postage prepaid.

                                                      /s/      Nicholas C. Kefalos
                                                Nicholas C. Kefalos, ARDC 6270051
                                                     Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460

**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 14-23191 |
| Miroslawa Zdanowicz | ) | Chapter 13 |
| Debtor(s). | ) | Judge Pamela S. Hollis |

**Motion to Determine Value of Claim Secured by Lien.**

Now comes Debtor Miroslawa Zdanowicz, by and through attorney Nicholas Kefalos and Vernor Moran, LLC, and for this Motion to Determine value of Claim Secured by Lien, states as follows:

1. Debtor filed a voluntary petition under Chapter 13 of Title 11, U.S.C., on 6/23/2014. Marilyn Marshall was appointed trustee in this case. Debtor's Chapter 13 plan has not been confirmed.

2. Debtor is the owner of certain real property commonly known as 10710 Diversey Avenue, Chicago, IL 60106. On information and belief, the property has a fair market value of $179,000.00.

3. The property is subject to two mortgages. The first mortgage, serviced by Ocwen Loan Servicing and held by Deutsche Bank National Trust, as trustee, has a balance of approximately $229,979.00. The second mortgage, held by PNC Bank, has a balance of $91,707.44, as indicated by Proof of Claim #1.

4. Section E(3.2) of the plan provides for the junior mortgage of PNC Bank to be treated as an unsecured claim. Section G(1) of the plan provides as follows:

> The lien of PNC Bank, National Association, as successor in interest to Mid America Bank, FSB, recorded as document #0730304073, on the real property commonly known as 10712 Diversey Ave, Melrose Park, IL 60164, PIN 12-29-204-061-0000, is unsecured by any value and shall be treated as and paid as a general, unsecured claim pursuant to Section E(3.2) of the plan. Upon completion and discharge in this case, the lien shall be void and the creditor, or its successors or assigns, shall provide a release of the lien. The order confirming the Chapter 13, the Chapter 13 plan, and the bankruptcy discharge order taken together shall constitute a release of the lien and when recorded shall have that

effect.

5. The first mortgage claim is greater than value of the property; as such, the junior mortgage claim has no secured value.

6. Pursuant to 11 U.S.C. § 506(a) and F.R.B.P. 3012, Debtor requests this Court enter an order valuing the secured portion of the claim at $0.00 and providing for the junior mortgage claim of PNC to be treated as an unsecured claim for the purposes of the Chapter 13 plan.

Wherefore, Debtor requests this Court enter an order valuing the secured claim of PNC at $0.00.

Respectfully Submitted,

/s/     Nicholas C. Kefalos
Nicholas C. Kefalos, ARDC 6270051
Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460