**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 14-23191 |
| Miroslawa Zdanowicz, | ) | Chapter 13 |
| Debtor(s). | ) | Judge Pamela S. Hollis |

**Notice of Motion**

The following parties have been served electronically:
- U.S. Trustee
- Chapter 13 Trustee

The following parties have been served via USPS first class mail, proper postage prepaid:
- Miroslawa Zdanowicz, 10172 Diversey Ave, Melrose Park, IL 60106
- 

Please take notice that I shall appear before the named Bankruptcy Judge, or any other Judge presiding, at 219 S. Dearborn, Chicago, IL 60602, or other place posted, and present the attached **Application for Compensation,** at which time and place you may appear:

| Judge: | Pamela S. Hollis | Courtroom: | 644 |
|---|---|---|---|
| Date: | September 17, 2014 | Time: | 10:30am |

/s/     Nicholas C. Kefalos
Nicholas C. Kefalos, A.R.D.C. #6270051
Attorney for the Debtor(s)

**Certificate of Service**

The undersigned certifies that copies of this Notice and attachments were served to the persons or entities indicated above and on the attached service list, in the manner indicated, if service by mail, by depositing same in the U.S. Mail at 5270 W. Belmont, Chicago, IL 60630, before 5:00pm on August 29, 2014, with proper postage prepaid.

/s/     Nicholas C. Kefalos
Nicholas C. Kefalos, A.R.D.C. #6270051
Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Miroslawa Zdanowicz               )   Case No. 14-23191
                                         )   Hearing Date: 09/17/2014
Debtor(s)                                )   Judge    Pamela S. Hollis

### ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)
(Use for cases filed on or after 4/21/2011 through 8/20/2012)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) [✔] have  [ ] have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any agreements other than the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
[✔] None    [ ] a total of $_____, pursuant to orders entered on the following dates: _____.

**Compensation for services now sought in this case:**
$ 4000  flat fee for services through case closing         $ 0  for itemized services (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
$ 0  for filing fee paid by the attorney with the attorney's funds
$ 0  for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)

$ 0  Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
$ 310  for filing fee
$ 0  for other expenses, itemized as follows:
    $_____ Describe expenses: _____
    $_____ Describe expenses: _____
    (add more lines if needed)

$ 0  Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expenses advanced by the attorney:**
[ ] None
$ 2600  for services
$ 0  for expenses advanced by the attorney

Itemization of time: [✔] Not submitted    [ ] Attached to this application.

Date of Application: 08/29/2014              Attorney's signature: /s/ Nicholas C. Kefalos
                                             Nicholas C. Kefalos, ARDC 6270051
                                             Vernor Moran, LLC
                                             27 N. Wacker Drive, Suite 2000
                                             Chicago, IL 60606-2800
Form No. 23, revised 8/24/12                 312-264-4460

B9I (Official Form 9I) (Chapter 13 Case) (12/12) | Case Number 14−23191

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*
The debtor(s) listed below filed a chapter 13 bankruptcy case on 6/23/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

Creditors −− **Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Miroslawa Zdanowicz
10710 Diversey Avenue
Melrose Park, IL 60106

| | |
|---|---|
| Case Number: 14−23191<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6461 |
| Attorney for Debtor(s) (name and address):<br>Nicholas C Kefalos<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606−2800<br>Telephone number: 312 264−4460 | Bankruptcy Trustee (name and address):<br>Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604<br>Telephone number: 312−431−1300 |

## Meeting of Creditors:
Date: **August 25, 2014**  Time: **12:00 PM**
Location: **224 South Michigan, Suite 800, Chicago, IL 60604**
All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **11/24/14**  For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **12/22/14**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **September 17, 2014**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 644, Chicago, IL 60604**
The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ **4000.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/24/14**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: June 24, 2014 |