**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)**

| | | |
|---|---|---|
| MIROSLAWA ZDANOWICZ,<br><br>Debtor, | ) | Bankruptcy No. 14-23191-PSH<br><br>Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to National City Bank, successor by merger to MidAmerica Bank Fsb,<br>Movant,<br>v.<br><br>MIROSLAWA ZDANOWICZ,<br><br>Respondent, | ) | Related To Doc. No. 14 |

**OBJECTION OF PNC BANK TO THE DEBTOR'S MODIFIED CHAPTER 13 PLAN**

PNC Bank, National Association, successor by merger to National City Bank, successor by merger to MidAmerica Bank Fsb, ("PNC Bank"), by and through its undersigned counsel, files this Objection to the Debtor's Modified Chapter 13 Plan, and in support thereof, avers as follows:

**BACKGROUND**

1. Miroslawa Zdanowicz (the "Debtor") is an adult individual who resides at 10712 Diversey Avenue, Melrose Park, IL 60164.

2. The Debtor filed for protection under Chapter 13 of Title 11 of the United States Code on June 23, 2014 (the "Petition Date").

3. On June 23, 2014, the Debtor filed a Chapter 13 Plan, which was subsequently modified on August 27, 2014 (the "Plan").

4. PNC Bank filed a secured Proof of Claim on August 11, 2014 at Claim Number 1 (the "Claim") in the amount of $91,707.44 plus accruing interest, plus costs, fees and expenses,

including attorney fees and costs accruing and incurred both before and after the Petition Date ("Proof of Claim").

5. Prior to the Petition Date, the Debtor was obligated to PNC Bank pursuant to a Home Equity Line of Credit Agreement and Promissory Note dated October 15, 2007 (the "Note"). A true and correct copy of the Note is attached as Exhibit "A".

6. The Note is secured by a Mortgage on the Debtor's real property located at 10712 Diversey Avenue, Melrose Park, IL 60164 (the "Mortgaged Premises") that was recorded on October 30, 2007 with the Cook County Recorder at Document number 0730304073 (the "Mortgage). A true and correct copy of the Mortgage is attached as Exhibit "B".

7. In the Schedules, the Debtor values the Mortgaged Premises at $179,000.00.

8. Ocwen Loan Servicing has a first lien mortgage on the Mortgaged Premises and the Debtor's Schedules allege the amount of said mortgage to be $229,979.00.

9. To date, Ocwen Loan Servicing has not filed a proof of claim.

**OBJECTION TO PLAN**

10. The Modified Plan proposes to reclassify PNC Bank's secured Proof of Claim as an unsecured claim, as opposed to treating PNC Bank's Proof of Claim as a secured claim.

11. PNC Bank objects to the Modified Plan as it seeks to modify the rights of PNC Bank as a creditor whose claim is secured *only* by a security interest in real property that is the Debtor's primary residence in direct contravention of 11 U.S.C. § 1322.

12. PNC Bank believes and avers that the Mortgaged Premises has a value of at least $565,000.00 based on a recent valuation of the Mortgaged Premises performed on behalf of PNC Bank (the "Valuation"). A true and correct copy of the Valuation is attached as Exhibit "C".

13. Additionally, PNC Bank would like time to obtain its own independent valuation of the Mortgaged Premises.

14. Accordingly, the lien of PNC Bank is not subject to modification in accordance with 11 U.S.C. § 1322 and is secured.

15. PNC Bank is entitled to its contractual monthly payments in addition to the payment of its arrears in full as a condition to the cure and reinstatement of the Mortgage.

16. By reason of the foregoing, PNC Bank objects to the confirmation of the Debtors' Modified Chapter 13 Plan.

WHEREFORE, PNC Bank, prays that this Honorable Court enter an Order denying confirmation of the Debtor's Modified Chapter 13 Plan and grant PNC Bank such further relief as it deems just and proper.

Respectfully submitted,

Dated: September 4, 2014

Shannon K. Cummings
*Counsel to PNC Bank, National Association*

BANK_FIN:489151

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)**

| | | |
|---|---|---|
| MIROSLAWA ZDANOWICZ,<br><br>Debtor, | ) | Bankruptcy No. 14-23191-PSH<br><br>Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to National City Bank, successor by merger to MidAmerica Bank Fsb,<br>Movant,<br>v.<br><br>MIROSLAWA ZDANOWICZ,<br><br>Respondent, | ) | Related To Doc. No. 14 |

**CERTIFICATE OF SERVICE**

I certify that I served or caused to be served a copy of the Objection of PNC Bank to the Debtor's Modified Chapter 13 Plan upon the following individuals in the manner provided:

**Via First Class Mail on September 5 , 2014**

Miroslawa Zdanowicz
10712 Diversey Avenue
Melrose Park, IL 60164

Marilyn O. Marshall, Esq.
224 South Michigan, Suite 800
Chicago, Illinois 60604

Patrick S. Layng. Esq.
Office of the U.S. Trustee, Region 11
219 s. Dearborn Street, Room 873
Chicago, Illinois 60604

Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive Suite 2000
Chicago, IL 60606-2800

Dated: September 5, 2014

Respectfully submitted,

BANK_FIN:489151

Shannon K. Cummings
*Counsel to PNC Bank, National Association*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS (CHICAGO)**

| | |
|---|---|
| MIROSLAWA ZDANOWICZ,<br>Debtor, | Bankruptcy No. 14-23191-PSH<br>Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to National City Bank, successor by merger to MidAmerica Bank Fsb,<br>Movant,<br>v.<br>MIROSLAWA ZDANOWICZ,<br>Respondent, | Related To Doc. No. 14 |

**ORDER OF COURT**

AND NOW, this ________ day of ________________________, 2014, upon consideration of the Debtor's Modified Chapter 13 Plan and the Objection filed thereto by PNC Bank, the Court hereby ORDERS, ADJUDGES and DECREES that the Objection is **SUSTAINED** and confirmation of the Debtor's Modified Chapter 13 Plan is **DENIED**.

______________________________
HONORABLE PAMELA S. HOLLIS
United States Bankruptcy Court