IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Miroslawa Zdanowicz, ) | |
| ) | Case No.: 14 B23191 |
| Debtor. ) | |
| ) | Judge Pamela S. Hollis |

TO:   U.S. Trustee                                      Debtor
      Patrick S Layng                                   Miroslawa Zdanowicz
      Office of the U.S. Trustee, Region 11             10712 Diversey Avenue
      219 S Dearborn Street, Room 873                   Melrose Park, IL 60164
      Chicago, IL 60604

      Trustee                                           Additional counsel of record as
      Marilyn O. Marshall                               indicated on the Court's CM/
      224 South Michigan Avenue, Suite 800              ECF system in this case
      Chicago, IL 60604

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, February 25, 2015, at 9:30 a.m., I shall appear before United States Bankruptcy Court Judge Pamela S. Hollis, or anyone sitting in her stead, in courtroom number 644, at the Everett McKinley Dirksen United States Courthouse, which is located at 219 South Dearborn Street; Chicago, Illinois 60604-1701, and then and there I shall present, **DEBTOR'S MOTION TO VACATE ORDER DISMISSING CASE,** a true and complete copy of which is hereby attached and served on you.

## CERTIFICATE OF SERVICE

I, Nicholas C. Kefalos, hereby certify that on the 19th day of February 2015, a true and correct copy of the foregoing **NOTICE OF MOTION**, along with **DEBTOR'S MOTION TO VACATE ORDER DISMISSING CASE** was served electronically upon the above-named U.S.

1

Trustee, Trustee, and all counsel of record via the Bankruptcy Court's CM/ECF system, and upon the above-named Debtor via regular U.S. Mail, only, and upon all persons or entities contained within the attached "label matrix for local noticing" by U.S. Mail, proper postage pre-paid, by depositing same into a U.S. Mail letterbox located within the U.S. Post Office at 433 West Harrison, Chicago, IL 60699 on February 19, 2015 before the hour of 5:30 p.m.

                                                    s/Nicholas C. Kefalos
                                                      Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Miroslawa Zdanowicz, ) | |
| ) | Case No.: 14 B23191 |
| Debtor. ) | |
| ) | Judge Pamela S. Hollis |

### DEBTOR'S MOTION TO VACATE ORDER DISMISSING CASE

Debtor, Miroslawa Zdanowicz, ("Miroslawa"), by and through counsel, Nicholas C. Kefalos, brings this motion to vacate the order dismissing this case, ("motion"), under Fed. R. Civ. P.60(b), made applicable to this bankruptcy proceeding by Fed. R. Bankr. P. 5010, and, for this motion Miroslawa state as follows:

1. Miroslawa filed this Chapter 13 case, on June 23, 2014. (Docket No. 1.).

2. This case was last before the Court on February 18, 2015, for Miroslawa's motion to determine value of claim secured by a lien, (Docket No.26), confirmation hearing, and application for compensation, (Docket No. 27).

2. There are two liens on Miroslawa's home. The basis of this case was to strip or cram-down on the liens.

3. The parties all have gone to the time and expense of having real estate appraisals completed, and counsel for Miroslawa was intending on setting a hearing on the value of the real estate yesterday, (02/18/15), but the Court granted the Trustee's motion to dismiss for unreasonable delay, (Docket No. 41) when counsel for Debtor did not appear.

3. The undersigned counsel was handling another matter at the time of the hearing in this case and was conflicted from attending the hearing in this case, and due to a mix up, a

3

colleague for Debtor's counsel was at the wrong place and also did not attend the hearing had in this case in the stead of the undersigned counsel.

4. This is a pretty straight-forward case in so much as all that needs to be determined are the correct value of two liens and the true amount due back to Miroslawa on an escrow account being administered by Ocwen. Once that is determined, which can be done at a hearing, this case can be confirmed.

5. There should not be anything else to do, and the undersigned counsel is unaware of any other matter that requires attention in this case. However, if there is any further action, other than what is mentioned herein, that needs to be attended to then the undersigned counsel will take all necessary action immediately upon being made aware of any deficiency as a condition of this Court vacating the order of dismissal.

6. In this motion Debtor specifically seeks an Order from this Court vacating the dismissal of this case, (Docket No. 54), to set a hearing on Miroslawa's motion to determine value of claim secured by a lien, (Docket No. 26), which, again, the parties have already gone to the time and expense of having appraisals completed, so that Miroslawa can rely on the real estate valuation at the time of filing her petition to save her home, which is the primary purpose of filing this Chapter 13 in the first place.

WHEREFORE, for the foregoing reasons, Debtor, Miroslawa Zdanowicz, requests entry of an Order vacating the order dismissing this case, (Docket No. 54), and for all other relief that is just under the circumstances.

                                       Respectfully submitted,

                                       Miroslawa Zdanowicz, Debtor,

Dated: February 19, 2015           By: s/Nicholas C. Kefalos
                                                  One of her attorneys.

Nicholas C. Kefalos, P.C.
VERNOR MORAN, LLC

27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460 (office)
(312) 264-4461 (fax)

nkefalos@vernormoran.com

IL ARDC No. 6270051