```
Label Matrix for local noticing          DEUTSCHE BANK NATIONAL TRUST COMPANY as Trus    PNC Bank, National Association, successor by
0752-1                                   c/o Codilis & Associates, P.C.                 C/O Tucker Arensberg, P.C.
Case 14-23191                            15W030 North Frontage Road, Suite 100          1500 One PPG Place
Northern District of Illinois            Burr Ridge, IL 60527-6921                      Pittsburgh, PA 15222-5416
Chicago
Thu Feb 19 07:22:28 CST 2015

U.S. Bankruptcy Court                    National City                                  OCWEN Loan Servicing
Eastern Division                         P.O. Box 856176                                Attn: Bankruptcy Department
219 S Dearborn                           Louisville, KY 40285-6176                      P.O. Box 24738
7th Floor                                                                               West Palm Beach, FL 33416-4738
Chicago, IL 60604-1702

PNC BANK                                 PNC Bank, N.A.                                 Charles H Shepard
PO BOX 94982                             c/o Blommer Peterman, S.C.                     Vernor Moran, LLC
CLEVELAND, OHIO 44101-4982               165 Bishops Way, Suite 100                     27 N. Wacker Drive, Suite 2000
                                         Brookfield, WI 53005-6215                      Chicago, IL 60606-2800


Marilyn O Marshall                       Miroslawa Zdanowicz                            Nicholas C Kefalos
224 South Michigan Ste 800               10710 Diversey Avenue                          Vernor Moran LLC
Chicago, IL 60604-2503                   Melrose Park, IL 60164                         27 North Wacker Drive Suite 2000
                                                                                        Chicago, IL 60606-2800


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)DEUTSCHE BANK NATIONAL TRUST COMPANY as Tr    End of Label Matrix
c/o Codilis & Associates, P.C.                   Mailable recipients    12
15W030 North Frontage Road, Suite 100            Bypassed recipients     1
Burr Ridge, IL 60527-6921                        Total                  13
```